**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00169-CV
_____

## IN THE MATTER OF THE ESTATE OF CLARENCE WALTER SCHOENVOGEL

**On Appeal from the County Court
Washington County, Texas
Trial Court Cause No. 2017-094**

# O R D E R

Appellant's brief was due December 10, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 27, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.